QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant                              **OK/HAV**
MAURO LOPEZ-LIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )  NO. CR.S-04-451-DFL
             Plaintiff,         )
                                )
     v.                         )       **AMENDED
                                )       STIPULATION AND ORDER;
                                )       EXCLUSION OF TIME**
                                )
MAURO LOPEZ-LIMON,              )
                                )  Date: June 23, 2005
             Defendant.         )  Time: 10:00 a.m.
_____   Judge: Hon. David F. Levi

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of June 9, 2005 shall be vacated and a status conference scheduled for June 23, 2005 at 10:00 a.m.

   This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

June 23, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: June 9, 2005.                Respectfully submitted,

                                        QUIN DENVIR
                                      Federal Public Defender

DATED: June 9, 2005.                /s/ MARK J. REICHEL
                                      MARK J. REICHEL
                                      Assistant Federal Defender
                                      Attorney for Defendant

                                      McGREGOR SCOTT
                                      United States Attorney

DATED: June 9, 2005.                /s/ MARK J. REICHEL for
                                      JASON HITT
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

### **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: 6/9/2005

*[signature]*

DAVID F. LEVI
United States District Judge