QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814     **OK/HAV**
Telephone: (916) 498-5700

Attorney for Defendant
MAURO LOPEZ-LIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br>                                     )<br>                                     )<br>MAURO LOPEZ-LIMON,                   )<br>                                     )<br>            Defendant.               )<br>_____ | NO. CR.S-04-451-DFL<br><br><br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: June 30, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. David F. Levi |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of June 23, 2005 shall be vacated and a status conference scheduled for June 30, 2005 at 9:00 a.m.

   This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

June 30, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED:  June 23, 2005.                    Respectfully submitted,

                                          QUIN DENVIR
                                          Federal Public Defender


DATED:  June 23, 2005.                    /s/ MARK J. REICHEL
                                          MARK J. REICHEL
                                          Assistant Federal Defender
                                          Attorney for Defendant


                                          McGREGOR SCOTT
                                          United States Attorney


DATED:  June 23, 2005.                    /s/ MARK J. REICHEL for
                                          JASON HITT
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: June 22, 2005                      /s/ David F. Levi
                                          DAVID F. LEVI
                                          United States District Judge

Stip and Order                                    2